BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $147,260.00 IN U.S. CURRENCY,<br><br>    Defendant. | 2:14-MC-00133-MCE-EFB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant James Pozo, by and through their respective attorneys, as follows:

1. On or about August 20, 2014, claimant James Pozo filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration ("DEA") with respect to the Approximately $147,260.00 in U.S. Currency (hereafter "defendant currency"), which was seized on May 6, 2014 and adopted by DEA on June 24, 2014.

2. The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

1

Stipulation and Order to Extend Time

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is November 18, 2014.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to December 18, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to December 18, 2014.

Dated:  11/3/2014                            BENJAMIN B. WAGNER
                                             United States Attorney

                                      By:    /s/ Kevin C. Khasigian
                                             KEVIN C. KHASIGIAN
                                             Assistant U.S. Attorney


Dated:  10/29/2014                            /s/ Jacek W. Lentz
                                             JACEK W. LENTZ
                                             Attorney for potential claimant James Pozo
                                             (Authorized via email)


**IT IS SO ORDERED.**

Dated:  November 6, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

Stipulation and Order to Extend Time